UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FIREMEN'S INSURANCE OF WASHINGTON, D.C., | )<br>)<br>) |
| Plaintiff, | )<br>) No. 1:17-cv-00573-TWP-TAB |
| vs. | )<br>) |
| STEPHANIE SWINNEY, and RUSSELL JACOBS, | )<br>)<br>) |
| Defendants. | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Plaintiff Firemen's Insurance Company of Washington, D.C., and against Defendant Russell Jacobs and Default Judgment is entered against Defendant Stephanie Swinney. The Plaintiff is entitled to its Complaint for Declaratory Judgment, and this action is **TERMINATED**.

**IT IS SO ORDERED**.

Dated: 9/13/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Scott B. Cockrum
HINSHAW & CULBERTSON
scockrum@hinshawlaw.com

Bradford James Smith
KEN NUNN LAW OFFICE
brads@kennunn.com